### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| LINDA BULLOCK ) | CASE NO. 08-43724-MGD |
| ) | |
| ) | |
| Debtor. ) | |

### FIRST AMENDED MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Evan M. Altman, counsel in the above styled Bankruptcy and makes this his Motion to Withdraw for the Bankruptcy Case 08-43724-mgd as follows:

1.

Evan M. Altman hereby moves to withdraws from any further representation in the above styled Chapter 7 Bankruptcy case.

2.

Notice of Counsel's intent to withdraw was sent via certified mail and regular mail to the Debtor on February 21, 2010, attached as Exhibit "A".

3.

Fourteen days has passed and there has been no response or objection voiced or written by Debtor to the letter sent by Counsel.

4.

Pursuant to the Bankruptcy Rules, Debtor was informed that the withdrawal letter should be considered formal notice to her that Counsel is withdrawing as counsel of record on Debtor's

behalf and on behalf of all other related parties in reference to the above case, that being Chapter 7 Bankruptcy case number; 08-43724-mgd the case being in the U.S. Bankruptcy Court, Northern District, Rome Division.

5.

Debtor was informed that the Bankruptcy Court retains jurisdiction of this matter. That Debtor has the burden of filing with the court and mailing to all adverse parties 1) a written statement with her contact information and to which cases that Debtor is a party. 2) that Debtor must amend the said written statement of her contact information if such contact information changes and 3) that service may be made upon debtor at her last known address.

6.

Debtor was informed that as of February 21rst, 2010, the only item pending is that Debtor had a Section 341 Meeting of Creditors scheduled for March 4, 2010 at 11:00AM at the Forum, Room 1-D, Government Plaza, Rome, GA 30162, where she needed to appear. On March 4, 2010, Debtor was informed that the said 341 Meeting of Creditors was re-set to April 8th, 2010 at 3:30pm at the same location

7.

Debtor was informed that she had the burden of keeping the court informed respecting where notices, pleadings or other papers affiliated with the above referenced cases may be served.

8.

Debtor was informed that she had the obligation to prepare for trial and/or represent herself in the Chapter 7 case or hire other counsel to prepare for trial, hearings etc to represent her in the Chapter 7 case.

9.

PDF created with pdfFactory Pro trial version www.pdffactory.com

Debtor was informed that if she failed to prepare for what needed to be done in the Chapter 7 case or in the trial of any issues, her rights under the above referenced case could suffer adverse consequences.

10.

Debtor was informed that pursuant to the applicable rules Debtor had the right to respond to counsel's withdrawal letter within fourteen (14) days from the date of the service of the notice to state or file any objection to counsel withdrawing as Debtor's counsel in the above captioned bankruptcy case as well as any matters related to the said case. After 14 days, Debtor was informed that Counsel for Debtor would file his Motion to Withdraw with supporting notice.

11.

Debtor was informed that her rights would not be affected as a result of counsel's withdrawal in that counsel had performed more than substantial work on Debtor's behalf. Debtor was informed that there was plenty of time left for Debtor to retain alternate counsel.

12.

Debtor was informed that at the end of fourteen (14) days, counsel would file a Motion to Withdraw along with the supporting Order to be signed by the Judge. Debtor was further informed that she would have fourteen (14) days from the filing and service of counsel's Motion to Withdraw, to respond to that Motion.

13.

All pleadings may be served upon Debtor at :

Ms. Linda Cote Bullock
411 Billy Bullock Drive

PDF created with pdfFactory Pro trial version www.pdffactory.com

    Dallas, GA 30157
    Phone 770-880-2244

14.

Debtors' rights shall not be adversely affected by allowing for such withdrawal.

This 10th day of March, 2010

                                  Respectfully Submitted;

                                  /s/ Evan M. Altman
                                  EVAN M. ALTMAN
                                  Georgia Bar Number 014066

Northridge 400
8325 Dunwoody Place
Building Two
Atlanta, GA 30350
770-394-6466

PDF created with pdfFactory Pro trial version www.pdffactory.com

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing First Amended Motion to Withdraw, by depositing same in the United States Mail with adequate postage affixed thereto to assure delivery, addressed as follows:

Ms. Linda Cote Bullock
411 Billy Bullock Road
Dallas, GA 30157


Martin Ochs, Esq.,
Attorney for United States Trustee
Third Floor
The Richard Russell Building
75 Spring Street
Atlanta, GA 30303


See Exhibit "A" attached.



This 10th day of March, 2010

                                        Respectfully Submitted;

                                        /s/ Evan M. Altman
                                        EVAN M. ALTMAN
                                        Georgia Bar Number 014066

Northridge 400
8325 Dunwoody Place
Building Two
Atlanta, GA 30350
770-394-6466

PDF created with pdfFactory Pro trial version www.pdffactory.com