Label Matrix for local noticing
113E-4
Case 08-43724-mgd
Northern District of Georgia
Rome
Wed Aug 19 13:34:49 EDT 2009

Morris, Manning & Martin LLP
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, GA 30326-1085

Office of the US Trustee
Suite 362
75 Spring Street, SW
Atlanta, GA 30303-3330

Signature Communities at Broadlands, LLC
c/o Lefkoff, Duncan, Grimes, Miller
11 Piedmont Center,
Suite 806
Atlanta, GA 30305-1738

Wachovia Equity Servicing LLC,
Main Office
c/o Rosicki, Rosicki & Associates, P.C.
Nationwide Default Services
51 East Bethpage Road
Plainview, NY 11803-4224

Wachovia Equity Servicing LLC, Successor by
1587 Northeast Expressway
Atlanta, GA 30329-2401

Yale Mortgage Corporation
c/o Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309-3909

Rome Division
Room 339, Federal Building
600 East First Street
Rome, GA 30161-3149

Alcoa Billing Center
3429 Regal Dr
Alcoa, TN 37701-3265

Andrew Goldberg
c/o Rosicki, Rosicki & Associates, P.C.
Nationwide Default Services
Main Office: 51 E. Bethpage Road
Plainview, New York 11803

C L & M, Inc.
15 Northview Road
Meredith, NH  03253

Cambridge Holdings Group, Inc.
238 Bull Street
Savannah, GA 31401-3929

Citimortgage
P.O. Box 183040
Columbus, OH 43218-3040

Citimortgage
P.O. Box 6006
The Lakes, NV 88901-6006

Georgia Department Of Revenue
Attn: Bankruptcy Dept.
P.O. Box 161108
Atlanta, GA 30321-1108

HGP Capital
3246 Marjan Drive
Atlanta, GA 30340-3904

HGP Capital
6050 Rachel Ridge
Norcross, GA 30092-1353

HSBC Bank USA, NA
PO Box 5213
Carol Stream, IL 60197-5213

Hamilton Medical Center
P0 Box 1168
Dalton, GA 30722-1168

(p)WACHOVIA BANK NA
PO BOX 13765
ROANOKE VA 24037-3765

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

John L. Scoggins, Esq.,
Suite 101
3168 Mercer Univeristy Drive
Atlanta, GA 30341-4136

MARTIN P. OCHS
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia 30303-3315

Mark S. Marani
Attorneys for Vertical Var LLC
3350 Riverwood Parkway Suite 1600
Atlanta GA 30339-3359

Mark S. Marani
Cohen Pollock Merlin & Small
Atty for Vertical Var, LLC
3350 Riverwood Pkwy Suite 1600
Atlanta GA 30339-3359

Martin P. Ochs
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia 30303-3315

Mortgage Guaranteed Investments
Suite 200
3246 Marjan Drive
Atlanta, GA 30340-3904

Mortgage Guaranteed Investments LLC
Mark S. Marani
3350 Riverwood Parkway Suite 1600
Atlanta GA 30339-3359

National Capital Management, LLC
8245 Tournament Drive
Suite 230
Memphis, TN 38125-1741

National Recovery Service
545 West Inman St
Cleveland, TN 37311-1768

| | | |
|---|---|---|
| North GA Radiology<br>P0 Box 2546<br>Dalton, GA 30722-2546 | Paulding County Tax Commissioner<br>25 Courthouse Square - Room 203<br>Dallas GA 30132-4133 | Professional Eye Assoc Dalton<br>1111 Professional Blvd<br>Dalton, GA 30720-2588 |
| RMCB<br>P0 Box 1238<br>Elmsford, NY 10523-0938 | Rodale Books<br>P0 Box 9<br>Emmaus, PA 18099-0001 | Ronald Glass<br>Glass Ratner Advisory & Capital<br>Advisroy Group, LLC<br>3391 Peachtree Road<br>Suite 110<br>Atlanta, Georgia 30326-1014 |
| Roth & Scholl<br>866 S. Dixie Highway<br>Coral Gables, FL 33146-2603 | Wachovia Equity Servicing LLC,<br>c/o Rosicki, Rosicki & Associates, P.C.<br>51 E. Bethpage Road<br>Plainview, N.Y 11803-4224 | Yale Mortgage Corporation<br>Suite 206<br>4100 NE 2nd Avenue<br>Miami, FL 33137-3538 |
| Evan M. Altman<br>Bldg. 2 - Northridge 400<br>8325 Dunwoody Place<br>Atlanta, GA 30350-3307 | Linda Coty Bullock<br>411 Billy Bullock Road<br>Dallas, GA 30157-6488 | Ronald L. Glass<br>Glass Ratner Advisory & Capital Group<br>Suite 330<br>3391 Peachtree Road<br>Atlanta, GA 30326-1014 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Homeq
P.O. Box 13716
Sacramento, CA  95853

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)HGP Capital, LLC

End of Label Matrix
Mailable recipients    41
Bypassed recipients     1
Total                  42

PDF created with pdfFactory Pro trial version www.pdffactory.com