**IT IS ORDERED as set forth below:**

**Date: March 25, 2010**

_____
Mary Grace Diehl
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NUMBER |
| **LINDA COTY BULLOCK,** | : | **08-43724-MGD** |
| Debtor. | : | CHAPTER 7 |
| _____ | : | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

The above-styled Chapter 7 Case is before the Court on Evan M. Altman's First Amended Motion to Withdraw as Counsel, which was filed on March 10, 2010. (Docket No. 169). No party has filed a response to the motion. The Court does not consider a hearing to be necessary to dispose of the matter. After reviewing the motion and the record in the case, the Court considers the request to be reasonable. Accordingly, it is

**ORDERED** that Evan M. Altman's First Amended Motion to Withdraw as Counsel for Debtor is **GRANTED**.

The Clerk shall serve a copy of this order upon Debtor, the Chapter 7 Trustee, the U.S. Trustee, and the party on the attached distribution list.

**END OF DOCUMENT**

**Distribution List:**

Evan M. Altman, Esq.
Northridge 400
8325 Dunwoody Place
Building Two
Atlanta, Georgia 30350